**EXHIBIT 2**

 United Services Automobile Association

# CLAIM INFORMATION

PAUL FILARDI
108 GLENDALOUGH LN
WELDON SPRING, MO 63304

September 30, 2025

Dear Captain FILARDI,

I'm writing regarding the following claim:

| | |
|---|---|
| USAA policyholder: | PAUL J FILARDI |
| Claim number: | 009658935–800 |
| Date of loss: | May 16, 2025 |
| Loss location: | Weldon Spring, MISSOURI |
| Property address: | 108 Glendalough Ln, |
| | Weldon, Springs |

We are writing to advise you that we are unable to move forward with the appraisal process currently for the following :

Claim Number: 009658935-800
Date of Loss: May 16, 2025

The reasons are:
- Appraisers are not authorized to determine coverage, exclusions, conditions, forfeiture provisions, conditions precedent, or any other contractual issues that may exist between you and us.

-The Appraisal process under your Homeowners  policy is not intended to resolve questions about coverage or causation.

No action can be brought against us unless you have given us notice of the loss, complied with all other policy provisions and started the action within two years after the date of loss.

You may submit correspondence or questions to me using one of the following options:

| | | |
|---|---|---|
| 💻 | **usaa.com or our mobile app:** | Upload documents or post a secure message to your claim file through the Claim Communication Center. |
| @ | **Email:** | Email us at 3j7l9w98c5gx5@claims.usaa.com. Don't send private information through this channel. |
| ✉ | **Address:** | USAA Claims Department P.O. Box 33490 San Antonio, TX 78265 |

009658935 - 800 - 8048 - 07                                                                                                                                              54577-0425

**Fax:**        1-800-531-8669

**Phone:**      855-925-5228

Thank you,
Allcat Claims Service on behalf of USAA Claims
United Services Automobile Association